UNITED STATES of America, Plaintiff–Appellee,

v.

Marquis Anthony NELSON, a/k/a Marquis L. Nelson, Defendant–Appellant.

No. 15–6057.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2015.

Decided: April 21, 2015.

Marquis Anthony Nelson, Appellant Pro Se. John Lanier File, Assistant United States Attorney, Beckley, West Virginia; Steven Loew, Assistant United States Attorney, Charleston, West Virginia for Appellee.

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marquis Anthony Nelson appeals the district court's order denying his motion to produce certain documents related to his criminal trial.* We have reviewed the record and find no reversible error. Accord-

---

* Nelson indicates in his informal brief that he also seeks to appeal the district court's April 13, 2012, order denying his motion for a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2) (2012). We decline to consider the inordinately late second appeal from that order.

ingly, we affirm for the reasons stated by the district court. *United States v. Nelson*, No. 1:08–cr–00058–1 (S.D.W.Va. Dec. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*